THE STATE OF OHIO, APPELLEE, *v.* DOLES, APPELLANT.

[Cite as *State v. Doles* (1996), 75 Ohio St.3d 604.]

(No. 96–134—Submitted April 30, 1996—Decided June 19, 1996.)

*Michael M. Ater,* Ross County Assistant Prosecuting Attorney, for appellee.
*Johnston & Gleeson* and *Lorene G. Johnston,* for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons
stated in its decision. See, also, *State v. Peeples* (1995), 73 Ohio St.3d 149, 652
N.E.2d 717; *State v. Cheren* (1995), 73 Ohio St.3d 138, 652 N.E.2d 708.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ.,
concur.